**Exhibit A to the Complaint**

**Location:** Toms River, NJ  
**Total Works Infringed:** 35

**IP Address:** 173.54.47.94  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 996F39305BA539612E410B27D5B3E801F2F1D6DE | Tushy | 04/23/2018 12:23:17 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 10/12/2017 13:37:25 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 3 | 0E12DA9091C2E77432B3A27279B0C576664CE999 | Blacked Raw | 02/06/2018 15:58:58 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 4 | 15C136FD669CA9C80B4E237669204B1A58B0D189 | Blacked | 04/09/2018 11:28:44 | 04/05/2018 | 04/07/2018 | 16490992430 |
| 5 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/06/2017 13:12:31 | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 6 | 197ABAC97B3D210369FA6D08682C7312D58A5743 | Blacked | 01/31/2018 11:50:18 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 7 | 22090FF3F5A86A9D9C1037E959193A0D2E8DF88C | Blacked Raw | 01/29/2018 14:29:57 | 01/27/2018 | 02/07/2018 | 16338676942 |
| 8 | 2B374AFA7E7946C7C1A276AC1541246A16050CAD | Blacked Raw | 01/15/2018 12:23:44 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 9 | 34B848F2164ECCC533C071B9A0E3B0F3D05A3518 | Blacked Raw | 03/05/2018 14:39:46 | 03/03/2018 | 03/15/2018 | 16490950372 |
| 10 | 46657A0D537BDE2011466635C4942788C9B3C075 | Vixen | 02/14/2018 14:09:21 | 02/13/2018 | 02/17/2018 | 16335134323 |
| 11 | 4B20A7D717BB4F66EA00E5E98038015D9D400FCA | Tushy | 01/17/2018 14:20:43 | 01/16/2018 | 01/24/2018 | PA0002101757 |
| 12 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/27/2017 17:19:03 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 13 | 62CC3935B7FC860B01E6FE26EE9DD4F07D7722A7 | Vixen | 10/17/2017 11:29:18 | 10/16/2017 | 10/19/2017 | PA0002090451 |
| 14 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/16/2017 20:48:09 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 15 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 12/18/2017 12:36:04 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 16 | 79098F0FC4A2C22A71FE6970D926E2E98816927F | Vixen | 01/24/2018 14:03:14 | 10/06/2017 | 10/19/2017 | PA0002090453 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 80F4781860CA14A36CFF0ED5574EB7817FDE4D80 | Vixen | 01/02/2018 12:05:42 | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 18 | 8D2EFF22392159795F468C91719C1C252C255924 | Blacked Raw | 03/26/2018 13:48:02 | 03/23/2018 | 04/07/2018 | 16490992283 |
| 19 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 11/14/2017 12:32:21 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 20 | 9A5ACC9C958C00F1B826AC91A7DB3423BCE3F400 | Blacked Raw | 04/13/2018 12:35:12 | 04/12/2018 | 05/19/2018 | 16665887442 |
| 21 | 9B1D4E6EDB376127974B73030DAF596A03F134ED | Tushy | 10/19/2017 12:41:10 | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 22 | 9D1114F2ED6D94B73577B2D61F135B08A65E782D | Blacked | 11/13/2017 12:51:22 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 23 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | Blacked Raw | 04/12/2018 11:12:03 | 02/01/2018 | 02/07/2018 | 16288762262 |
| 24 | ABECAF7E8C876557EE563405A3740B385FF59DC9 | Blacked | 11/07/2017 11:55:02 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 25 | B8B5E999A94962328D350DA0E80A1725B23D450D | Blacked Raw | 12/26/2017 12:27:24 | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 26 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | Tushy | 04/09/2018 11:24:42 | 04/06/2018 | 05/19/2018 | 16665915351 |
| 27 | C48F2225CFC83431D372530B844C1A33F787C036 | Blacked | 04/23/2018 12:35:08 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 28 | D7FF2A6B26A8EB9B131FD59C812EAEAE049D7C8C | Vixen | 04/09/2018 11:30:21 | 04/04/2018 | 04/07/2018 | 16490951145 |
| 29 | DD77C5008AAE485F89439B9B89EB1B92D8617620 | Blacked | 11/27/2017 12:11:00 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 30 | E2C91D686F1089A32122D60EE586BBD81B4FFDD0 | Vixen | 12/26/2017 12:41:57 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 31 | E48665E26ACE2AC908A80B030E5B02682277F35C | Blacked Raw | 01/08/2018 12:08:52 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 32 | E49222EB236425C434143B6C3E9165E336EE05B8 | Blacked Raw | 11/29/2017 06:57:30 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 33 | EA940B8AA781644B98523FD3D1B0B6809C9A5229 | Blacked | 11/22/2017 14:26:31 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 34 | F15A3D34FF0FD051292EC25A6DBB3F574863F6E2 | Blacked Raw | 04/20/2018 14:17:57 | 04/17/2018 | 05/23/2018 | PA0002101308 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | F1DFDE579A54B77BD268E6E7DA0D104F1192AA09 | Blacked | 12/18/2017 12:54:31 | 12/16/2017 | 01/24/2018 | PA0002101762 |